IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES MARK SLATER,** | : | |
| | : | |
| Petitioner, | : | |
| | : | NO. 5:23-CV-00347-TES-CHW |
| VS. | : | |
| | : | |
| **WARDEN AT COASTAL STATE PRISON,** | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

# ORDER

*Pro se* Petitioner James Mark Slater has filed an application for federal habeas corpus relief under 28 U.S.C § 2254.  ECF No. 1.  Petitioner did not pay the $5.00 filing fee or request leave to proceed without the prepayment of the fee.  Petitioner must address this filing fee before the case may proceed.

If Petitioner receives funds while incarcerated, he will be required to pay the $5.00 fee.  If Petitioner is in fact indigent and intends to request leave to proceed *in forma pauperis*, he is advised that a prisoner proceeding *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

The Clerk is **DIRECTED** to mail Petitioner a copy of the standard motion to proceed without prepayment of fees and account certification form, marked with the case number for the above-captioned action.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or if he is indigent, file a complete motion to proceed *in forma pauperis* with the statutory supporting documents. Petitioner should also keep the Court advised of any change of address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.** There will be no service of process in this case until further order of the Court.

**SO ORDERED AND DIRECTED**, this 20th day of September, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge