IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMES MARK SLATER,                             *

               Plaintiff,                    *

v.                                             Case No.  5:23-CV-00347-TES-CHW
                                             *

WARDEN at COSTAL STATE PRISON,
                                             *

               Defendant.
_____               *

## J U D G M E N T

Pursuant to this Court's Order dated November 21, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of November, 2023.

                                                   David W. Bunt, Clerk

                                                   s/ Shabana Tariq, Deputy Clerk